AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO RAMON CARSON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-136

SHERIFF JOHN T. WILCHER,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 11, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the Court's opinion. Therefore, Carson's 28 U.S.C. § 2241 Petition is dismissed. Additionally, the Court discerns no Certificate of Appealability (COA) worthy issues at this stage of the litigation, so no COA should issue. Thus, in forma pauperis status on appeal is denied. This case stands closed.

Approved by: _____

October 17, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020